UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| OMARI KAFFEE BEY HAJIB,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   CAUSE NO.: 2:23-CV-362-JVB-JEM<br>) |
| STATE OF INDIANA,<br>    Defendant. | )<br>)<br>) |

## ORDER

Omari Kaffee Bey Hajib, proceeding without a lawyer, was warned that if he did not respond to the Court's January 11, 2024 order by February 12, 2024, this case may be dismissed. That deadline has passed without any action by Plaintiff.

Therefore, the Court hereby **DISMISSES** this cause of action.

SO ORDERED on February 21, 2024.

                                                        s/ Joseph S. Van Bokkelen
                                                        JOSEPH S. VAN BOKKELEN, JUDGE
                                                        UNITED STATES DISTRICT COURT

cc: Plaintiff, *pro se*