# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

OMARI KAFFEE BEY HAJIB

    Plaintiff

v.

                                                                               Civil Action No. 2:23-cv-362

INDIANA STATE OF

    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $ _____, which includes prejudgment interest at the rate of _____ % plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: This case is DISMISSED.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Joseph S Van Bokkelen.

DATE: 2/22/2024                              CHANDA J. BERTA, CLERK OF COURT

                                                            by   s/A. Highlen
                                                            *Signature of Clerk or Deputy Clerk*